DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 JANUARY 2014

| 440P13 | State v. Bobby Lee Fish, Jr. | 1. State's Motion for Temporary Stay (COA13-11) | 1. Allowed **09/30/2013** Dissolved **01/23/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 454P13 | Bost Construction Company v. Mary Lynn Baumunk Blondy<br><br>Willis Coating & Finishes, Inc. v. Bost Construction Company d/b/a Bost Custom Homes f/k/a Bost Builders, Inc. [sic] f/k/a Bost, Inc., Mary Lynn Baumunk Blondy, and Steven M. Blondy<br><br>Bost Construction Company, Third-Party Plaintiff v. Summerhour and Associates Architects Inc., Flue Sentinel, LLC, Flue Sentinel Inc., et al., Third-Party Defendants | Third Party Defs' (Flue Sentinel, LLC and Flue Sentinel, Inc.) PDR Under N.C.G.S. § 7A-31 (COA12-1454) | Denied<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Beasley, J., recused** |
| 455P01-4 | State v. Thomas Covington, Jr. | Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of the COA (COAP12-958) | Dismissed |
| 458P13 | Town of Midland v. Darryl Keith Wayne, Trustee or any Successors in Trust, Under the Darryl Keith Wayne Revocable Trust Agreement, and any Amendments Thereto, Dated February 23, 2007 | 1. Def's NOA Based Upon a Constitutional Question (COA12-1163)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Allowed |